■ In the Matter of ROOSEVELT BATES, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: The record establishes that petitioner's failure to select an employee assistant from the general list provided him was a circumstance of his own creation and did not amount to a deprivation of due process *(see, Matter of Peart v Kelly,* 134 AD2d 843, *lv denied* 71 NY2d 801). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ In the Matter of TERRANCE JONES, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Judgment unanimously affirmed. Memorandum: The Hearing Officer in this Tier II disciplinary proceeding did not, as a part of the disposition, remove petitioner from his metal shop program assignment. The program committee, in the exercise of its authority, suspended petitioner from his program and placed him in unassigned status *(cf., Matter of Rodriguez v Coughlin,* 132 AD2d 815, 816; *see also, Matter of Cooper v Smith,* 63 NY2d 615, *affg* 99 AD2d 644). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORETTA RYME, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Doyle, J.—attempted criminal sale of controlled substance, fifth degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ In the Matter of RICHARD HONTORIA, Appellant, v PHILIP COOMBE, JR., as Superintendent of Eastern Correctional Facility, Respondent.—Appeal unanimously dismissed *(see, People ex rel. Aguilar v Kelly,* 143 AD2d 535). (Appeal from judgment of Supreme Court, Wyoming County, Kane, J.—art 78.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.